2391de3

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-477 ADM/AJB    Case Title: ADC Telecommunications, Inc. v. Panduit Corp.

**Affidavit of Movant**

I, Russell S. Ponessa, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this Court admit pro hac vice Nicole A. Fiorella, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Panduit Corp. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

SIGNATURE ON COVER Letter -

Signature    MN Attorney License #    Date

**Affidavit of Proposed Admittee**

I, Nicole A. Fiorella, am currently a member in good standing of the U. S. District Court for the Northern District of Illinois but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Nicole A. Fiorella    Nicole A. Fiorella    April 12, 2001

Type/Print Name    Signature    Date

Attorney License Number: Nicole A. Fiorella No. 6272217

Law Firm Name & Address: McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive, 32nd Floor
Chicago, Illinois 60606

Telephone: (312) 913-0001

Motion Granted: Francis E. Dosal    APR 23 2001

For the Court Francis E. Dosal, Clerk    Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED APR 23 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

6/99