13777

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-477 ADM/AJB

Case Title: ADC Telecommunications, Inc. v. Panduit Corp.

**Affidavit of Movant**

I, Russell S. Ponessa, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert McCann, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Panduit Corp. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| [signature] | #169316 | 5-31-01 |
|---|---|---|
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Robert McCann, am currently a member in good standing of the U. S. District Court for the Northern District of Illinois but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Robert McCann | [signature] | 5/31/01 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: Robert McCann No. 6211308

Corporation Name & Address: Panduit Corporation
17301 Ridgeland Avenue
Tinley Park, Illinois 60477

Telephone: (708) 532-1800

Motion Granted: [signature] JUN 01 2001
For the Court Francis E. Dosal, Clerk — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 01 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______