**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ADC TELECOMMUNICATIONS, INC., Plaintiff, vs. PANDUIT CORP., Defendant. | ) | Case No. 91-CV-477 (ADM/AJB) |

# ORDER

The above-entitled matter came before the Court by motion of Plaintiff ADC Telecommunications, Inc. for leave to file a First Amended Complaint. Defendant Panduit Corp. does not oppose the motion. The court has reviewed the motion and the proposed First Amended Complaint.

Based on the evidence in record, Plaintiff's motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

Plaintiff file the original of its Second Amended Complaint, as provided in Local Rule 15.1.

SO ORDERED

Dated: 6/13, 2001

Magistrate Judge Arthur J. Boylan
United States District Court

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______