**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

ADC Telecommunications, Inc.,

Civil No. 01-477 ADM/AJB

Plaintiff,

v.

**ORDER**

Panduit Corp.,

Defendant.

---

The Court having considered the Defendant's Motion to bifurcate discovery, and having considered the same, hereby denies said motion.

Dated: 7/3/01

Arthur J. Boylan
United States Magistrate Judge

FILED JUL 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK