**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

ADC Telecommunications, Inc.,

Plaintiff,

v.

Panduit Corp.,

Defendant.

Civil No. 01-477 ADM/AJB

**AMENDED PRETRIAL SCHEDULING ORDER**

---

The Pretrial Scheduling Order dated June 1, 2001, is amended as follows.

Paragraph three of the June 1, 2001 Order is hereby amended as follows.

3. Following Defendant's service of its Claim Chart, as set forth in the original Pretrial Scheduling Order dated June 1, 2001, the Court shall be contacted for the purpose of scheduling a hearing to determine claim interpretation. ("Markman Hearing").

On or before September 1, 2001, the parties shall simultaneously exchange a list of claim terms, phrases or clauses which that party contends should be construed by the Court. The parties shall thereafter meet and confer for the purpose of finalizing a list, narrowing or resolving differences, and facilitating the ultimate preparation of a joint claim construction statement. During the meet and confer process, the parties shall exchange their preliminary proposed construction of each claim term, phrase or clause which the parties collectively have identified for claim construction purposes.

At the same time the parties exchange their respective "preliminary claim construction," they shall also provide a preliminary identification of extrinsic evidence, including without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses they contend support their respective claim constructions. The parties shall identify each such item of extrinsic evidence by production number or produce a copy of any such item not previously produced. With respect to any such witness, percipient or expert, the parties shall also provide a brief description of the substance of that witness's proposed testimony.

Following the parties meet and confer described above and no later than September 15, 2001, the parties complete and file with the Court, a joint claim construction statement which shall contain the following information:

FILED JUL 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. The construction of those claim terms, phrases or clauses on which the parties agree;

b. Each party's proposed construction of each disputed claim term, phrase or clause, together with an identification of all references from the specification of prosecution history that support that construction , and an identification of any extrinsic evidence known to the party on which it intends to rely either in support of its proposed construction of the claim or to oppose any other party's proposed construction of the claim including, but not limited, as permitted by law, dictionary definitions, citation to learned treatises and prior art, and testimony of percipient and expert witnesses;

c. The anticipated length of time necessary for the claim construction hearing;

d. Whether any party proposes to call one or more witnesses, including experts at the claim construction hearing, the identity of each such witness and for each expert, a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert.

On or before October 1, 2001, the parties shall serve and file trial briefs addressing the issues the parties anticipate will be placed before the Court at its Markman Hearing.

Ten days before the date of the Markman Hearing, the Court shall issue an Order stating:

a. Whether it will receive extrinsic evidence, and if so, the particular evidence it will receive; and

b. Whether the extrinsic evidence in the form of testimony shall be the affidavits already filed, or in the form of live testimony from the affiants.

Dated: 7/3/01

Arthur J. Boylan
United States Magistrate Judge