IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ADC TELECOMMUNICATIONS, INC., Plaintiff, vs. PANDUIT CORP., Defendant. | ) | Case No. 01-CV-477 (ADM/AJB) |

**STIPULATION AND ORDER MODIFYING DATES SET FORTH IN SCHEDULING ORDER RELATING TO MARKMAN HEARING**

The parties, through their counsel, stipulate and jointly request that the Court enter an order extending the dates set out in the Court's July 3, 2001, Amended Pretrial Scheduling Order regarding the Markman Hearing.

In accordance with Paragraph 3 of the Amended Pretrial Scheduling Order, the parties have exchanged Claim Charts and contacted the Court for the purpose of scheduling a Markman Hearing.

The Court has scheduled the Markman Hearing to proceed on October 31, 2001. The Court has also requested that the parties file their Markman briefs and supporting documents on Wednesday, October 24, 2001.

In view of the scheduled hearing date and the Court's request, the parties request that the Court modify the remaining dates set forth in paragraph 3 as follows:

(1) The parties simultaneously exchange their lists of claim terms, phrases or clauses on September 17, 2001;

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

(2) The parties complete and file the joint claim construction statement with the Court on October 4, 2001; and

(3) The parties serve and file their Markman briefs with the Court on October 24, 2001.

Respectfully submitted,

**FOR ADC TELECOMMUNICATIONS, INC.**

Dated: Aug. 17, 2001

By: Dennis C Bremer

Alan G. Carlson (# 14,801)
Albert L. Underhill (#111,740)
Philip P. Caspers (# 192,569)
Timothy A. Lindquist (# 245,318)
Dennis C. Bremer (#299,182)
Merchant & Gould P.C.
3200 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 332-5300

**FOR PANDUIT CORPORATION**

Dated: Aug. 20, 2001

By:

Daniel A. Boehnen
Curt J. Whitenack
Nicole A. Fiorella
McDonnell Boehnen Hulbert & Berghoff
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Russell S. Ponessa (#169,316)
Hinshaw & Culbertson
Piper Jaffray Tower, Suite 3100
Minneapolis, Minnesota 55402
(612) 333-3434

**ORDER**

The Court, having reviewed the stipulation executed by the parties, orders that the following dates in the Court's July 3, 2001 Amended Pretrial Scheduling Order shall be amended as follows:

1. The parties simultaneously exchange their lists of claim terms, phrases or clauses on September 17, 2001;

2. The parties complete and file the joint claim construction statement with the Court on October 4, 2001; and

3. The parties serve and file their Markman briefs with the Court on October 24, 2001.

Dated: August 23, 2001

Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500