IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC TELECOMMUNICATIONS, INC.

Plaintiff,

v.

PANDUIT CORP.

Defendant.

Case No. 01-CV-477 (ADM/AJB)

~~PROPOSED~~ ORDER

This matter is before the Court on ADC's Motion to Modify the Briefing Schedule for Panduit's motion for summary judgment. The parties conducted a telephone conference with Judge Boylan on this matter on September 27, 2001.

The Court having been fully advised in the premises:

IT IS HEREBY ORDERED, adjudged and decreed, that ADC's Motion to Modify the Briefing Schedule is GRANTED.

The Court orders that the briefing schedule for Panduit's summary judgment brief, filed September 14, 2001, is as follows:

- ADC shall serve its Response Brief on or before November 21, 2001; and
- Panduit shall serve its Reply Brief on or before December 17, 2001.

IT IS SO ORDERED.
9/28/01

Honorable Arthur J. Boylan
U.S. District Court Magistrate Judge

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK