**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ADC TELECOMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 91-CV-477 (ADM/AJB) |
| | ) | |
| vs. | ) | |
| | ) | |
| PANDUIT CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The above-entitled matter came before the Court by motion of Plaintiff ADC Telecommunications, Inc. for leave to file a Third Amended Complaint. Defendant Panduit Corp. does not oppose the motion. The court has reviewed the motion and the proposed Third Amended Complaint.

Based on the evidence in record, Plaintiff's motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

Plaintiff file the original of its Third Amended Complaint, as provided in Local Rule 15.1.

SO ORDERED

Dated: 10-1, 2001

Magistrate Judge Arthur J. Boylan
United States District Court

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK