**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

ADC TELECOMMUNICATIONS,

Plaintiff,

v.

PANDUIT CORP.,

Defendant.

Civil No. 01-477 ADM/AJB

**ORDER**

---

Having considered the ongoing disputes and challenges surrounding the upcoming Markman and summary judgment hearings, IT IS HEREBY ORDERED THAT:

1. In December 2001, on a date to be determined, the Markman hearing and the summary judgment hearing will be held jointly.

Dated: 10/17/01

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

The Court acknowledges that there remains a dispute over the extent to which points of novelty and functionality must be addressed in the Markman hearing. The parties have referred the Court to several cases, including Black & Decker (U.S.) Inc. v. Pro-Tech Power Inc., 47 USPQ2d 1843, 1845-47 (E.D. Va. 1998) and Minka Lighting, Inc. v. Craftmade Int'l, Inc., No. 3-00-CV-0888-X, 2001 WL 1012685, at *24 (Aug. 20, 2001 N.D. Tex.). The Court takes the parties' positions under advisement and will address the matter by Report and Recommendation. The Court will also issue an updated schedule for filing the joint claim construction statement and the Markman briefs.

AJB

OCT 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK