**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

ADC TELECOMMUNICATIONS, INC.,

Plaintiff,

v.

PANDUIT CORP.,

Defendant.

Civil No. 01-477 ADM/AJB

**ORDER**

---

In an Order dated October 29, 2001, the Court instructed the parties to meet, and confer upon the timing for (1) filing the joint claim construction statement, (2) filing the Markman briefs and (3) the Markman/summary judgment hearing. On November 13, 2001, at 2:00 p.m., after failing to agree, the parties engaged the Court in a telephone conference to address the above-mentioned issues. Daniel A. Boehnen appeared on behalf of Defendant and Albert L. Underhill appeared on behalf of Plaintiff.

Based upon the file, affidavits and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. The Markman/summary judgment hearing shall be held on January 10, 2002, at 1:30 p.m;
2. The joint claim construction statement shall be filed on or before December 21, 2001; and
3. The Markman briefs shall be served and filed on or before January 4, 2002.

Dated: 11/13/01

Arthur J. Boylan
UNITED STATES MAGISTRATE JUDGE

NOV 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK