**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ADC TELECOMMUNICATIONS, INC., Plaintiff, | ) | Case No. 91-CV-477 (ADM/AJB) |
| vs. | ) | |
| PANDUIT CORP., Defendant. | ) | |

**JOINT MOTION** AND ORDER

The parties, by and through their counsel, hereby jointly move for an extension of certain dates established by the Court's scheduling orders. The requested extensions do not affect the presently scheduled Markman/Summary Judgment hearing (January 11, 2002), the date for filing dispositive motions (July 1, 2002), or the jury trial date of September 2002. The parties jointly move to extend the following dates as indicated:

| | |
|---|---|
| January 8, 2002 | Last day to serve written discovery requests; |
| February 8, 2002 | Close of fact discovery; |
| March 1, 2002 | Submission of initial expert reports on the issues upon which each party bears the burden of proof; |
| April 1, 2002 | Rebuttal expert reports; and |
| June 1, 2002 | Completion of expert depositions. |

The above extension is for a period of approximately thirty (30) days with respect to each of the deadlines with exception of the close of fact discovery which would be extended for approximately five (5) weeks taking into account the holiday season.

DEC 17 2001
FILED
RICHARD D
JUDGMENT
DEPUTY

The parties respectfully request that their joint motion be granted accordingly.

The undersigned has discussed this motion with Panduit's counsel who has authorized its filing.

Respectfully submitted,

Dated: Dec. 13, 2001.

**MERCHANT & GOULD P.C.**

By ______________________

Albert L. Underhill,
80 South Eighth Street
3200 IDS Center
Minneapolis, MN 55402
(612) 332-5300

**ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

**IT IS SO ORDERED.**

Dated: 12/17, 2001

______________________

Arthur J. Boylan
United States Magistrate Judge