IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

ADC TELECOMMUNICATIONS, INC.,

Plaintiff,

vs.

PANDUIT CORP.,

Defendant.

Case No. 01-CV-477 (ADM/AJB)

**JOINT MOTION AND ORDER**

The parties, by and through their counsel, hereby jointly move for an extension of the dates for exchanging expert reports. Under the present schedule initial expert reports are due March 1. A Markman hearing was held on January 11, 2002 and the Court then indicated that a Markman ruling might be issued within sixty (60) days. The parties agree that it would be more efficient to prepare expert reports on infringement and validity issues after the Court's claim interpretation has been made. The requested extensions do not affect the presently scheduled date for filing dispositive motions (July 1, 2002), or the jury trial date of September 2002. The parties jointly move to extend the following dates as indicated:

| | |
|---|---|
| April 1, 2002 | Submission of initial expert reports on the issues upon which each party bears the burden of proof; |
| May 1, 2002 | Rebuttal expert reports; and |

The above extension is for a period of approximately thirty (30) days with respect to each of the deadlines.

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties respectfully request that their joint motion be granted accordingly.

The undersigned has discussed this motion with Panduit's counsel who has authorized its filing.

Respectfully submitted,

Dated: Feb 15, 2002.

**MERCHANT & GOULD P.C.**

By [signature]
Albert L. Underhill,
80 South Eighth Street
3200 IDS Center
Minneapolis, MN 55402
(612) 332-5300

**ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

**IT IS SO ORDERED.**

Dated: 2/20, 2002

[signature]
Arthur J. Boylan
United States Magistrate Judge