ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC TELECOMMUNICATIONS, INC.,

Plaintiff,

vs.

PANDUIT CORP.,

Defendant.

Case No. 01-CV-477 (ADM/AJB)

## JOINT MOTION AND ORDER

The parties, by and through their counsel, hereby jointly move for an extension of the dates for exchanging expert reports and completing expert depositions. Under the present schedule initial expert reports are due April 1. A Markman hearing was held on January 11, 2002 and the Court then indicated that a Markman ruling might be issued within sixty (60) days. The parties previously agreed to extend the dates for exchange of expert reports thirty (30) days from March 1 because the Court had not issued its Markman ruling, and the Court granted the parties' joint motion to that effect. The parties seek additional twenty-one (21) day extensions because a Markman ruling still has not been made. The presently requested extensions do not affect the scheduled date for filing dispositive motions (July 1, 2002), or the jury trial date of September 2002. The parties jointly move to extend the following dates as indicated:

| | |
|---|---|
| April 22, 2002 | Submission of initial expert reports on the issues upon which each party bears the burden of proof; |
| May 22, 2002 | Rebuttal expert reports; and |

MAR 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

June 22, 2002 Completion of expert depositions.

The parties respectfully request that their joint motion be granted accordingly.

The undersigned has discussed this motion with Panduit's counsel who has authorized its filing.

Respectfully submitted,

Dated: March 20, 2002.

**MERCHANT & GOULD P.C.**

By [signature]

Albert L. Underhill
80 South Eighth Street
3200 IDS Center
Minneapolis, MN 55402
(612) 332-5300

**ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

**IT IS SO ORDERED.**

Dated: 3/25, 2002

[signature]

Arthur J. Boylan
United States Magistrate Judge