**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ADC Telecommunications, Inc.,<br><br>Plaintiff,<br>v.<br><br>Panduit Corp.,<br><br>Defendant. | **Civil Action No. 01-CV-477 (ADM/AJB)** |

**ORDER**

The above-entitled matter came before the Court on a motion by Defendant Panduit Corp. for leave to file a First Amended Answer, Counterclaim and Jury Demand In Response to ADC's Third Amended Complaint. Plaintiff ADC Telecommunication, Inc. has consented to Panduit's filing this Amended Answer pursuant to Fed. R. Civ. P. 15(a), and does not oppose the instant motion. The Court has reviewed the motion and the proposed First Amended Answer, Counterclaim and Jury Demand to ADC's Third Amended Complaint.

Based on the evidence in record, Defendant's motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

Defendant file the original of its First Amended Answer, Counterclaim and Jury Demand to ADC's Third Amended Complaint, as provided in Local Rule 15.1.

SO ORDERED.

Date: April 30, 2002

By: Arthur J. Boylan
Magistrate Judge Arthur J. Boylan
United States District Court

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK