**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

ADC TELECOMMUNICATIONS, INC., Civil No. 01-477 ADM/AJB

Plaintiff,

v. **ORDER OF RECUSAL**

PANDUIT CORP.,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 11/14/02

ARTHUR J. BOYLAN
United States Magistrate Judge

NOV 14 2002

ADC v. Panduit Civil 01-477 ADM/JGL

Magistrate Judge Lebedoff is now the magistrate on this case.