IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ADC TELECOMMUNICATIONS, INC., Plaintiff, vs. PANDUIT CORP., Defendant. | ) | Case No. 01-CV-477 (ADM/AJB) |

**ORDER**
**DISMISSING COUNTS I – VII AND PANDUIT'S CORRESPONDING COUNTERLCAIMS SEEKING DECLARATIONS OF NONINFRINGEMENT, INVALIDITY, OR UNENFORCEABILITY OF THE PATENTS ASSERTED IN COUNTS I – VII WITH PREJUDICE**

Pursuant to the parties' stipulation, the Court dismisses all claims (Counts I – VII) and all counterclaims (Panduit's Counterclaims corresponding to Counts I – VII) in this action with prejudice.

Ann D. Montgomery
United States District Judge

Dated: April 21, 2003

FILED APR 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ADC TELECOMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PANDUIT CORP.,<br><br>Defendant. | Case No. 01-CV-477 (ADM/AJB) |

**STIPULATION DISMISSING COUNTS I – VII AND PANDUIT'S CORRESPONDING COUNTERLCAIMS SEEKING DECLARATIONS OF NONINFRINGEMENT, INVALIDITY, OR UNENFORCEABILITY OF THE PATENTS ASSERTED IN COUNTS I - VII**

In this action, ADC asserts seven separate counts for patent infringement against Panduit.

In Count I, ADC asserts a patent directed to an exit trough, U.S. Patent No. 6,192,181B1 ("the '181 patent").

In Counts II and VII, ADC asserts patents directed to coupler products, with Count II asserting U.S. Patent No. 5,316,243 ("the '243 patent") and Count VII asserting U.S. Patent No. 5,752,781 ("the '781 patent") (collectively "the Coupler Patent Counts").

In Counts III – VI, ADC asserts design patents directed to fittings ("the Design Patents"). Count III - VI assert the following design patents: U.S. Patent No. Des. 320,782 ("the '782 patent"); U.S. Patent No. Des. 321,682 ("the '682 patent"); U.S. Patent No. Des. 334,380 ("the '380 patent"); and U.S. Patent No. Des. 321,682 ("the '874 patent")(collectively, "the Design Patent Counts").

Related to Counts I – VII, Panduit has asserted various counterclaims of

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

noninfringement and invalidity. Panduit has also asserted that one of the patents in suit (i.e., the '781 patent) was obtained through inequitable conduct and thus is unenforceable. Collectively, Panduit's noninfringement, invalidity, and unenforceability counterclaims related to Counts I - VII shall be referred to as "Panduit's Counterclaims corresponding to Counts I-VII."

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Counts I - VII and Panduit's Counterclaims corresponding to Counts I - VII are dismissed with prejudice.

**PANDUIT CORP.**

By its attorneys,

Daniel A. Boehnen
Curt J. Whitenack
Nicole A. Fiorella
McDonnell Boehnen Hulbert & Berghoff
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Russell S. Ponessa (#169,316)
Hinshaw & Culbertson
Piper Jaffray Tower, Suite 3100
Minneapolis, Minnesota 55402
(612) 333-3434

**ADC TELECOMMUNICATIONS, INC.**

By its attorneys,

Alan G. Carlson (#14801)
Philip P. Caspers (#192569)
Timothy A. Lindquist (#299,182)
Dennis C. Bremer (#245,318)
Samuel A. Hamer (#294,469)
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605